| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Chris J. Zhen (SBN 275575)<br>Zhen Law Firm<br>5670 Wilshire Blvd #1800<br>Los Angeles, CA 90036<br>Telephone: (213) 935-0715<br><br>ATTORNEY(S) FOR: Plaintiff Rachel Yates | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rachel Yates<br><br>Plaintiff(s),<br>v.<br>PetSmart LLC<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-cv-6205<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Plaintiff Rachel Yates__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Rachel Yates | Plaintiff |
| PetSmart LLC | Defendant |

| | |
|---|---|
| July 31, 2021<br>Date | /s/ Chris J. Zhen<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Rachel Yates