1  Cyndie M. Chang (SBN 227542)
   DUANE MORRIS LLP
2  CMChang@duanemorris.com
   865 South Figueroa Street, Suite 3100
3  Los Angeles, CA 90017-5450
   Phone: 213.689.7400
4  Fax:  213.689.7401

5  *Attorneys for Defendant*
   PetSmart LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rachel Yates,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PetSmart LLC,<br><br>　　　　Defendant. | Case No.: 2:21-cv-6205-MRW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Mag. J. Michael R. Wilner<br><br>Complaint Filed: July 31, 2021 |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Rachel Yates and Defendant PetSmart LLC, through their respective attorneys and pursuant to Local Rule 7.1, that Defendant may have additional time within which to answer or otherwise respond to Plaintiff's Complaint filed on July 31, 2021. Dkt. No. 1. Defendant was served with the Complaint and Summons on August 3, 2021.  Dkt. No. 8.  The current deadline to respond to the Complaint is August 24, 2021.

Defendant is presently engaged in investigating Plaintiff's allegations of patent infringement and wishes to the use the extension of time to prepare the initial pleading and engage in discussions with Plaintiff.  Defendant seeks a 60-day extension of time

1  to file its responsive pleading until October 25, 2021.  Defendant submits that good
2  cause exists for an extension of time.
3        In this regard, counsel for Defendant hereby attests that Plaintiff's counsel
4  agreed to Defendant's request and has concurred with the content and filing of this
5  Stipulation.  A proposed order pursuant to Local Rule 52-4.1 is filed herewith.

7  Dated:  August 19, 2021    DUANE MORRIS LLP

9  By: *Cyndie M. Chang* (signature)
   Cyndie M. Chang
10  *Attorneys for Defendant*
    PetSmart LLC

12  Dated:  August 19, 2021    ZHEN LAW FIRM

14  By: */s/ Chris J. Zhen*
    Chris J. Zhen
15  *Attorneys for Plaintiff*
    Rachel Yates

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.

Dated: August 19, 2021                    **DUANE MORRIS LLP**

By: _/s/ Cyndie Chang_
Cyndie Chang
Attorneys for Defendants
PetSmart LLC