ZHEN LAW FIRM
Chris J. Zhen (SBN 275575)
chris.zhen@zhenlawfirm.com
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-071

*Attorneys for Plaintiff*
RACHEL YATES

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RACHEL YATES,<br><br>   Plaintiff,<br><br>  v.<br><br>PETSMART LLC,<br><br>   Defendant. | Case No. 2:21-cv-6205-MCS-PD<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Date: January 31, 2022<br>Time: 9:00 am<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

  Plaintiff Rachel Yates ("Plaintiff"), by and through her counsel of record, hereby requests that the Court grant an extension of time to file the opposition to Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6).

  Good cause exists for the extension of time:

  1. Defendant filed its Motion to Dismiss on December 6, 2021. Plaintiff's opposition papers are currently due on December 20, 2021 based on this Court's Initial Standing Order section 9(b)(a) (Dkt. No. 16).

  2. Lead counsel for Plaintiff will be unavailable based on pre-planned travel and holiday schedule before the opposition papers are due; Plaintiff seeks more time to adequately prepare the papers.

3. The requested two-week extension to January 3, 2022 to file the opposition papers falls between the time frame dictated by this Court's Initial Standing Order requiring a December 20, 2021 filing date and L.R. 7-9 that requires a January 10, 2021 filing date.

4. Plaintiff has met and conferred with Defendant, and Defendant does not oppose this motion.

5. Under the new schedule, opposition papers are due for filing on or before January 3, 2022. Defendant's reply papers are due on or before January 10, 2022, one week after Plaintiff files its opposition papers and three weeks or more from the hearing date of January 31, 2022.

DATED: December 7, 2021     ZHEN LAW FIRM

By:  /s/ Chris J. Zhen
     CHRIS J. ZHEN
     Attorneys for Plaintiff
     RACHEL YATES

UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS
CASE NO. 2:21-CV-6205-MCS-PD

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | The undersigned certifies that on this 7th day of December, 2021, all counsel |
| 4 | of record who are deemed to have consented to electronic service are being served |
| 5 | with a copy of this document through the Court's CM/ECF system. Any other |
| 6 | counsel of record will be served by a facsimile transmission, first class mail, and/or |
| 7 | electronic mail. |
| 8 | |
| 9 | By: /Chris J. Zhen/ |
| 10 | |
| ... | |
| 28 | |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - 1 -
CASE NO. 2:21-CV-06204-JAK-GJS