1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| RACHEL YATES, | Case No. 2:21-cv-6205-MCS-PD |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| PETSMART LLC, | |
| Defendant. | Date: January 31, 2022<br>Time: 9:00 am<br>Courtroom: 7C<br>Judge: Hon. Mark C. Scarsi |

1 | The Court having reviewed the Unopposed Motion to Extend Time to File
2 | Opposition to Motion to Dismiss and good cause appearing therefor:
3 |     IT IS HEREBY ORDERED that Plaintiff's opposition to the Motion to
4 | Dismiss shall be due on January 3, 2022.
5 |     **IT IS SO ORDERED.**
6 |
7 | DATED: December 10, 2021          _/s/ Mark C. Scarsi_
8 |                                           Hon. Mark C. Scarsi
                                          United States District Judge