# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rachel Yates <br><br> v. <br><br> PetSmart LLC <br><br> PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER** <br> 2:21-cv-06205 MCS(PDx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

December 20, 2021   —   John A. Kronstadt *(signed)*
Date   —   United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

Date   —   United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:21-cv-06204 JAK(GJSx)   and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Donahue   to Magistrate Judge   Standish   .

On all documents subsequently filed in this case, please substitute the initials   JAK(GJSx)   after the case number in place of the initials of the prior judge, so that the case number will read   2:21-cv-06205 JAK(GJSx)   . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (03/21)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)